UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TRAVIS KLYN,<br><br>  Defendant. | Case No.  3:20-CR-00021-MMD-CLB<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand I have a right to appear in person in Court at my Change of Plea Hearing in this case which is scheduled on September 14, 2021, at 11:00 a.m.  I have been advised of the nature of this proceeding and my right to appear in person at this proceeding.  I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety as well as those of the attorneys, the Court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available.  I have consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

X _____
Defendant's Signature          (date)
TRAVIS KLYN

_____     _____
Signature of Defendant's Attorney   8/30/21     Judge's Signature                                    9/14/2021
CHERYL FIELD-LANG, Esq.                                 Chief District Court Judge Miranda Du      date